■ DISTRICT ATTORNEY OF NIAGARA COUNTY, Respondent, v ARNOLD RUBEN, Appellant.—Order unanimously reversed on the law without costs and motion denied. Memorandum: County Court abused its discretion in ordering the release of respondent's Grand Jury testimony to the Niagara County Attorney. The District Attorney did not present a compelling and particularized need for such disclosure *(see,* CPL 190.25 [4] [a]; *Matter of District Attorney of Suffolk County,* 58 NY2d 436, 444-446; *Ruggiero v Fahey,* 103 AD2d 65, 70-71; *Matter of Corporation Counsel of City of Buffalo [Cosgrove],* 61 AD2d 32, 36). (Appeal from order of Niagara County Court, DiFlorio, J. —release Grand Jury testimony.) Present—Boomer, J. P., Green, Pine, Balio and Lawton, JJ.